No. 88–5910. TALLMAN v. KELLEY. Appeal from C. A. 8th Cir. dismissed for want of jurisdiction. Treating the papers whereon the appeal was taken as a petition for writ of certiorari, certiorari denied.

No. 88–5959. WILLIAMS v. PLANNED PARENTHOOD ASSOCIATION OF THE ATLANTA AREA, INC., ET AL. Appeal from C. A. 11th Cir. dismissed for want of jurisdiction. Treating the papers whereon the appeal was taken as a petition for writ of certiorari, certiorari denied.

No. 88–5816. FRIGARD v. REGENTS OF THE UNIVERSITY OF CALIFORNIA ET AL. Appeal from Ct. App. Cal., 2d App. Dist., dismissed for want of substantial federal question.

No. 87–42. CLIFT v. INTERNATIONAL UNION, UNITED AUTOMOBILE, AEROSPACE & AGRICULTURAL IMPLEMENT WORKERS OF AMERICA (UAW) ET AL. C. A. 7th Cir. Certiorari granted, judgment vacated, and case remanded for further consideration in light of *Reed* v. *United Transportation Union, ante,* p. 319.

No. 87–1456. INTERNATIONAL UNION OF OPERATING ENGINEERS LOCAL 660 v. HESTER ET AL. C. A. 11th Cir. Certiorari granted, judgment vacated, and case remanded for further consideration in light of *Reed* v. *United Transportation Union, ante,* p. 319.

No. 88–349. FEDERAL LABOR RELATIONS AUTHORITY v. UNITED STATES DEPARTMENT OF AGRICULTURE ET AL. C. A. 8th Cir. Certiorari granted, judgment vacated, and case remanded for further consideration in light of the "routine uses" published at 53 Fed. Reg. 39629 (1988) (Department of Agriculture) and 53 Fed. Reg. 44513 (1988) (Defense Mapping Agency).

No. 88–5938. SANDERS v. CLARKE, WARDEN, ET AL. C. A. 8th Cir. Motion of petitioner for leave to proceed *in forma pauperis* granted. Certiorari granted, judgment vacated, and case remanded for further consideration in light of *Penson* v. *Ohio, ante,* p. 75.